Steven **BAY, Claimant/Appellant,**

v.

**BAY'S WINDOWS AND SIDING, Employer,**

**and**

**Treasurer of the State of Missouri, as Custodian of the Second Injury Fund, Additional Party/Respondent.**

**No. ED 98348.**

Missouri Court of Appeals,
Eastern District,
Division Two.

Dec. 11, 2012.

Brian Stokes, The Stokes Law Office, St. Louis, MO, for appellant.

Thomas G. Munsell, Kansas City, MO, for employer.

Chris Koster, Attorney General, Timothy J. Maurer, Assistant Attorney General, St. Louis, MO, for respondent.

Before KATHIANNE KNAUP CRANE, P.J., MARY K. HOFF, J., and LISA VAN AMBURG, J.

## ORDER

PER CURIAM.

Claimant appeals from the final award of the Labor and Industrial Relations Commission affirming by supplemental opinion the award and decision of the Administrative Law Judge. We affirm. The findings and conclusions of the Commission are supported by competent and substantial evidence on the whole record. No error of law appears, and an extended opinion would have no precedential value. The parties have been furnished, for their information only, with a memorandum setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).